THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7                                   UNITED STATES DISTRICT COURT
                                   WESTERN DISTRICT OF WASHINGTON
8                                             AT SEATTLE

9    JACK NAUGLE AND BEVERLY                          CASE NO. C11-0071-JCC
     NAUGLE,
10                                                    ORDER

11                             Plaintiffs,

12              v.

13   BAC HOME LOANS SERVICING, LP,

14                             Defendant.

15          This matter comes before the Court on Defendant's motion for summary judgment (Dkt.

16   No. 25). Having thoroughly considered the parties' briefing and the relevant record, the Court

17   finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained

18   herein.

19          Plaintiffs did not file a response to Defendant's motion. Local Rule 7(b)(2) provides in

20   part: "If a party fails to file papers in opposition to a motion, such failure may be considered by

21   the court as an admission that the motion has merit." Pursuant to this rule, the Court deems

22   Plaintiff's non-response to be an admission that Defendant's motion has merit.

23          This is not the first time that the Plaintiffs have failed to prosecute this case in a diligent

24   manner. On December 28, 2011, the Court ordered the Plaintiffs to show cause why the case

25   should not be dismissed for their refusal to participate in mediation with Defendant. (Dkt. No.

26   24.) Plaintiffs responded, three days late, stating that they had made offers to Defendant's

ORDER
PAGE - 1

counsel and that in their opinion, this constituted mediation. (Dkt. No. 27.) It does not. An order

to mediate pursuant to Local Rule 39.1 requires specific procedures, including participation of a

neutral third party. LR 39.1(a)(3). Plaintiff has failed to comply with these procedures and,

therefore, failed to comply with the Court's order.

Due to Plaintiffs' non-response and their refusal to participate in actual mediation

proceedings, the Court GRANTS Defendant's motion (Dkt. No. 25) and DISMISSES Plaintiffs'

case with prejudice.

DATED this 8th day of March 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2